IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
LAURENCE KANDEL, M.D.,          )
                                )
          Plaintiff,            )        8:11CV64
                                )
     v.                         )
                                )
NEBRASKA MEDICAL CENTER, a      )        ORDER
Nebraska Nonprofit              )
Corporation; GLENN FOSDICK,     )
individually and as CEO of      )
Nebraska Medical Center;        )
STEPHEN SMITH, M.D.,            )
individually and as Chief       )
Medical Officer of Nebraska     )
Medical Center; CARL GREINER,   )
M.D., individually and as       )
Chief of Staff of Nebraska      )
Medical Center; PETER WHITTED,  )
M.D., individually and as       )
Vice Chief of Staff of          )
Nebraska Medical Center;        )
DONALD DARST, M.D.,             )
individually and as Chief of    )
Staff of Nebraska Medical       )
Center; and LARRY SIREF, M.D.,  )
individually and as Chief of    )
Surgery of Nebraska Medical     )
Center,                         )
                                )
          Defendants.           )
_____)
```

This matter is before the Court on the second joint motion to extend deadline for Rule 26(f) report (Filing No. 15). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the parties shall have until ten days after the Court rules on defendants' motion to dismiss to file their Rule 26(f) report.

DATED this 13th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court