IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURENCE KANDEL, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV64 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA MEDICAL CENTER, a Nebraska Nonprofit Corporation, GLENN FOSDICK, individually and as CEO of Nebraska Medical Center, STEPHEN SMITH, M.D., individually and as Chief Medical Officer of Nebraska Center, CARL GREINER, M.D., individually and as Chief of Staff of Nebraska Medical Center, PETER WHITTED, M.D., individually and as Vice Chief of Staff of Nebraska Medical Center, DONALD DARST, M.D., individually and as Chief of Staff of Nebraska Medical Center, and LARRY SIREF, M.D., individually and as Chief of Surgery of Nebraska Medical Center, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Joint Motion to extend deadline for Plaintiff's Response to Defendants' Motion to Dismiss (Filing No. 21). The Court finds the motion should be granted; accordingly,

IT IS ORDERED that the Joint Motion (Filing No. 21) is granted; the Plaintiff shall have until July 15, 2011 to file his response to Defendants' Motion to Dismiss.

DATED this 30th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court